**Hosa BYRD, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 50384.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 15, 1986.

Motion for Rehearing and/or Transfer
Denied May 13, 1986.

Application to Transfer Denied
June 17, 1986.

Dave Hemingway, St. Louis, for appellant.

William L. Webster, Lee A. Bonine, Jefferson City, for respondent.

ORDER

PER CURIAM.

This is an appeal from the denial without a hearing, of appellant's Rule 27.26 motion. The findings, conclusions and judgment of the trial court were not clearly erroneous. Rule 27.26(g). An extended opinion would have no precedential value.

The judgment is affirmed. Rule 84.16(b).